## UNITED STATES of America, Plaintiff–Appellee,

v.

## Michael HEADRICK, Defendant–Appellant.

No. 05–10421
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 4, 2006.

Julian B. Smith, Jr., Jones & Smith, P.C., Metter, GA, for Michael Headrick.

Robert J. Brennan, Savannah, GA, for United States of America.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Julian B. Smith, Jr., appointed counsel for Michael Headrick in this direct criminal appeal, filed a renewed motion to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We denied counsel's renewed motion without prejudice and ordered him to provide a transcript of the Rule 11 change-of-plea hearing. Counsel has now supplemented the record on appeal with the requested transcript, and we construe this filing as a resubmission of his renewed motion to withdraw and *Anders* brief. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Headrick's conviction and sentence are **AFFIRMED**.